policy of insurance on the life of her deceased husband. Ostrov v. Metropolitan Life Ins. Co., 379 F.2d 829 (3d Cir. 1967). At the new trial the jury again determined that the insured intentionally gave materially false answers on his application for insurance. Plaintiff appeals the judgment based on such determination. We have reviewed the numerous assignments of error and find no basis for a reversal.

The judgment of the district court will be affirmed.

---

Sylvia OSTROV, Appellant,

v.

METROPOLITAN LIFE INSURANCE COMPANY.

No. 19084.

United States Court of Appeals, Third Circuit.

Argued March 30, 1971.

Decided April 14, 1971.

Herman P. Abramson, Fineman & Fineman, Philadelphia, Pa. (Herbert Fineman, Philadelphia, Pa., on the brief), for appellant.

Owen B. Rhoads, Dechert, Price & Rhoads, Philadelphia, Pa. (Arthur E. Newbold, III, Aaron C. F. Finkbiner, III, Philadelphia, Pa., on the brief), for appellee.

Before HASTIE, Chief Judge and SEITZ and ALDISERT, Circuit Judges.

OPINION OF THE COURT

PER CURIAM:

On a previous appeal this court granted plaintiff a new trial on her claim on a

---

Reinhold WENGLER, Plaintiff-Appellant,

v.

Dennis B. HARTER, Defendant-Appellee.

No. 25907.

United States Court of Appeals, Ninth Circuit.

April 26, 1971.

Richard D. Welsh (argued), David N. Ingman, Honolulu, Hawaii, for appellant.

James E. T. Koshiba (argued), Bert T. Kobayashi, Jr., George R. Ariyoshi, Honolulu, Hawaii, for appellee.

Before KOELSCH, CARTER and KILKENNY, Circuit Judges.

PER CURIAM:

Appellant contends that there was error in the refusal of the trial judge to instruct on the doctrine of the last clear chance. The state of the evidence in the case did not require the giving of the instruction.

Judgment affirmed.